UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ISAIAH MCADORY,

           Petitioner,

    v.

STATE OF WASHINGTON,

           Respondent.

Case No. C21-0003-JCC

ORDER

The Court, having reviewed the record and the Report and Recommendation of United States Magistrate Judge J. Richard Creatura, does hereby ORDER:

(1) The Court ADOPTS the Report and Recommendation (Dkt. No. 5);

(2) Petitioner's federal habeas corpus petition (Dkt. No. 1) is DISMISSED without prejudice;

(3) A certificate of appealability is DENIED in this case; and

(4) The Clerk is DIRECTED to send copies of this order to the parties and Judge Creatura.

//
//
//

ORDER
C21-0003-JCC
PAGE - 1

DATED this 5th day of April 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE